## MEADOWS v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 129, September Term, 1963.]

*Decided May 7, 1964.*

Before Brune, C. J., and Henderson, Hammond, Prescott, Horney and Marbury, JJ.

Per Curiam.

For the reasons assigned by Judge Cullen below, the application for leave to appeal is

*Denied.*